RUTH M. POLLACK, Appellant, v ARTHUR J. COOPERMAN et al., Respondents.

Decided May 8, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge LIPPMAN and Judge ABDUS-SALAAM taking no part.